**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR FRANK MEDINA II, AN INDIVIDUAL; et al., <br><br> Plaintiffs, <br><br> v. <br><br> HSBC MORTGAGE SERVICES, INC, et al., <br><br> Defendants. | Case No. EDCV 11-00151 VAP (DTBx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: June 24, 2011

VIRGINIA A. PHILLIPS
United States District Judge